## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOHINDER SINGH, #1029496 ) ) | |
| Plaintiff, ) | 3:10-cv-00567-ECR-RAM |
| vs. ) ) | **ORDER** |
| REX REED, *et al.*, ) ) | |
| Defendants. ) | |

Plaintiff has submitted a *pro se* civil rights complaint. While plaintiff has submitted a Financial Certificate, plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form. Further, the Financial Certificate (docket #1-1) indicates that if plaintiff submits an application to proceed *in forma pauperis* and the application is granted, plaintiff will be required to pre-pay an initial installment of the filing fee in the amount of $28.06. If plaintiff submits a completed application to proceed *in forma pauperis*,

plaintiff should also arrange to pay the initial installment as reflected by the Financial Certificate.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this Court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the dismissal of his lawsuit without prejudice.

DATED: November 19, 2010.

_____
UNITED STATES MAGISTRATE JUDGE