FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

MAY - 9 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MOHINDER SINGH, ) | 3:10-cv-0567-ECR (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | May 9, 2011 |
| REX REED, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a "Notification of Visitors to Attend Mediation Hearing" (Doc. #18). Defendants have filed an Opposition to Plaintiff's Notice (Doc. #19).

Plaintiff's "Notification of Visitors to Attend Mediation Hearing" (Doc. #18) is **DENIED**. All proceedings and communications that occur at mediations and/or settlement conferences are confidential and are sealed to the public.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk